IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-10098-01-JWB |
| ) | |
| STANLEY LEON WALKER, Sr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the United States, by and through Debra L. Barnett, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Stanley Leon Walker, Sr. In support of this Motion, the United States avers:

1. Defendant was charged in this district by an Indictment on September 6, 2023.

2. Defendant is detained and currently in the custody of the Sedgwick County Detention Center, 141 W. Elm, Wichita, Kansas.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal or any

other law enforcement agency, to produce the defendant and detainee, Stanley Leon Walker, Sr., forthwith and for any further proceedings to be held in this cause.

>Respectfully submitted,
>
>KATE E. BRUBACHER
>United States Attorney
>
>s/Debra L. Barnett
>DEBRA L. BARNETT
>Assistant United States Attorney
>District of Kansas
>301 N. Main, Suite 1200
>Wichita, KS 67202
>(316) 269-6481
>(316) 269-6484 (Fax)
>Ks. S. Ct. No. 12729
>debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>s/Debra L. Barnett
>DEBRA L. BARNETT
>Assistant United States Attorney